UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 15-113-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 19-060-DCR |
| | ) | |
| CHRISTOPHER EVERETT ALLEN, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the United States with respect to all issues raised in this collateral proceeding.

2. This proceeding (Civil Action No. 5: 19-060-DCR) is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

- 1 -

Dated: April 2, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky